ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) 2:25-po-00357-AC
                                     )
                Plaintiff,           ) [~~Proposed~~] ORDER TO RESET
                                     ) COLLATERAL AND VACATE TRIAL DATE;
      v.                             ) CERTIFICATE OF SERVICE
                                     )
EBONY N. ANDERSON,                   ) DATE:  February 2, 2026
                                     ) TIME:  9:00 a.m.
                Defendant.           ) JUDGE: Hon. Allison Claire
                                     )
                                     )
                                     )

    It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral and Vacate Trial Date is GRANTED.  Defendant Ebony N. Anderson shall be permitted to forfeit collateral in case number 2:25-po-00357-AC in the amount of $5.00, plus a processing fee of $30.00 and special assessment of $5.00, for a total amount of $40.00, payable immediately to the Central Violations Bureau.  The trial date currently scheduled on February 2, 2026 is vacated.

///

///

///

IT IS SO ORDERED.

Dated: January 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE